UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61217-CIV-SMITH

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice [DE 7]. Upon consideration, it is

**ORDERED** that:

1. Plaintiff's claims against Defendant are **DISMISSED without prejudice.**

2. Each party shall bear its own attorney's fees and costs.

3. All pending motions are denied as moot.

4. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 1st day of September 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc Counsel of record